UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN R. ATCHLEY, a married man,<br><br>    Plaintiff,<br><br>    v.<br><br>PEPPERIDGE FARM, INC., a subsidiary of Campbell Foods, Inc.,<br><br>    Defendant. | No. CV-07-277-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**THE PARTIES** having filed a stipulation of dismissal with prejudice (Ct. Rec. 105); Now, therefore

**IT IS HEREBY ORDERED:**

The above-entitled matter is **DISMISSED** with prejudice.  Each party shall bear its own costs and attorneys fees.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel and **CLOSE** this file.

**DATED** this ___18th___ day of March, 2009.

                    s/ Fred Van Sickle
                      Fred Van Sickle
            Senior United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE - 1